IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DALE DEAN GOINS,

   Petitioner,

    v.

UNNAMED RESPONDENT,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-4223-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for the Petitioner's failure to obtain the permission of the Court of Appeals for filing a second Motion to Vacate Sentence. The Petitioner's objections are without merit. This Court has no authority to transfer a case to the Court of Appeals. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 7 day of February, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Goins\r&r.wpd